# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| D.M. (Mother) and D.M. (Father), individually and on behalf of J.M. and D.P., | : : | CIVIL ACTION |
| Plaintiffs, | : | |
| v. | : : | |
| COUNTY OF BERKS, et al., | : : | No. 12-6762 |
| Defendants. | : | |

## ORDER RE: DEFENDANTS' MOTION TO DISMISS AND MOTION FOR A MORE DEFINITE STATEMENT

And NOW, this 14th day of March 2013, for the reasons stated in the foregoing memorandum, it is ORDERED that Defendants' Rule 12(b)(6) Motion to Dismiss Plaintiffs' Amended Complaint (ECF No. 8) is GRANTED with respect to Plaintiffs' claim of illegal entry against Defendants Grimes, McCollum, and High, but DENIED as to all other claims. It is further ORDERED that Defendants' Rule 12(e) Motion for a More Definite Statement (ECF No. 8) is DENIED.

                                                              **BY THE COURT:**

                                                              **/s/ Michael M. Baylson**

                                                              **Michael M. Baylson, U.S.D.J.**

O:\CIVIL 12\12-6762 D.M. v. couty of berks\order_mtd.docx